

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00384-CV

Todd Delane **FERGUSON**,
Appellant

v.

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV07029
Honorable J. Frank Davis, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. We order that appellee is awarded the costs it incurred related to this appeal.

SIGNED April 22, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice